# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL PHILLIP ALEXANDER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | No. 22-269 |
| Defendant, | : | |

## ORDER

**AND NOW,** this 4th day of October, 2022, upon consideration of the Plaintiff's Request for Review (ECF Doc. No. 1), and Defendant's Response in Opposition (ECF Doc. No. 11), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_/s/ Pamela A. Carlos_
PAMELA A. CARLOS
United States Magistrate Judge